07 CV 767

53-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
YOG SHIPPING LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YOG SHIPPING LTD.,                          07 CIV.        (    )

                                            RULE 7.1 STATEMENT
                        Plaintiff,

        -against-

GETAX OCEAN TRADES PTE. LTD.,

                        Defendants.
------------------------------------------------------------x

YOG SHIPPING LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       January 31, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        YOG SHIPPING LTD.

            By:         _____
                        Michael E. Unger (MU 0045)
                        Lawrence J. Kahn (LK 5215)
                        80 Pine Street
                        New York, NY 10005
                        Telephone: (212) 425-1900
                        Facsimile: (212) 425-1901

NYDOCS1/276932.1