53-07/MEU/PLS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
07 CIV 767 (RWS)
-----------------------------------------------------------------x
YOG SHIPPING LTD.,

                              Plaintiff,

-against-

GETAX OCEAN TRADES PTE. LTD.,

                              Defendant.
-----------------------------------------------------------------x

**ORDER DIRECTING CLERK TO ISSUE SUPPLEMENTAL PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 31st day of January, 2007, and the Affidavit of Michael E. Unger, sworn to on the same day, that to the best of his information and belief Defendant GETAX OCEAN TRADES PTE. LTD. cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist, and good cause having been shown,

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

**O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any property of the Defendant such as any cash, funds, escrow funds, debts, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or other assets of, belonging to, due or being transferred to, from, or for the benefit of the Defendant, (collectively, "ASSETS"), including but not limited to any ASSETS of the Defendant GETAX OCEAN TRADES PTE. LTD. being transferred by Defendant or on its behalf, in respect of

NYDOCS1/279011.1

payments of freight or hire for the use of the **M/V CRUISER,** as may be held, received or transferred for its benefit at, through, or within the possession, custody or control of banking institutions, and/or other garnishee(s) on whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of **$4,513,749.74,** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court; and it is further

**O R D E R E D** that following initial service upon any garnishee by the United States Marshal or any other person designated person upon a garnishee, supplemental service of the Supplemental Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, such service to be in accordance with each garnishee's preference or policy, and such facsimile or other electronic transmission shall be deemed to be made within the district if it has been sent from within the district; and it is further

**O R D E R E D** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and it is further deemed to be effective through the end of the next business day, provided another service is made the next business day.

Dated: New York, New York
       March __/__, 2007

                                                  _____
                                                           U.S.D.J.

53-07/MEU

## SUPPLEMENTAL PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the MARSHAL of the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court, Southern District of New York on the 31st day of January, 2007, and styled:

YOG SHIPPING LTD.,            07 CIV 767 (RWS)

Plaintiff,

-against-

GETAX OCEAN TRADES PTE. LTD.,

Defendant.

in a certain action for amounts due Plaintiff from Defendant in connection with a claim for breach of a maritime contract of charter party, and praying for Process of Maritime Attachment and Garnishment against the said Defendant in the amount of **$4,513,749.74**; and,

WHEREAS, this Process is issued pursuant to such prayer and requires that a garnishee shall serve his Answer, together with answers to any Interrogatories served with the Verified Complaint, within 20 days after service of process upon him and requires that Defendant shall serve their Answer(s) within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees;

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District, you attach all assets, comprising of, *inter alia*, cash, funds, escrow funds, credits, debts, wire transfers, electronic fund transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other assets of, belonging to, due or being transferred to, from, or for the benefit of Defendant **GETAX OCEAN TRADES PTE. LTD.**, (collectively hereinafter, "ASSETS"), including but not limited to any ASSETS of Defendant GETAX OCEAN TRADES PTE. LTD., being transferred by the Defendant or on its behalf, in respect of payments of freight or

NYDOCS1/278950.1

53-07/MEU

hire for the use of the **M/V CRUISER**, as may be held, received, or transferred in their own name or as may be held, received or transferred for its benefit at, through, or within the possession, custody or control of ABN Amro, American Express Bank, Atlantic Bank of New York, Bank of America, Bank of China, Bank of India, Barclays Bank, BNP Paribas, Brown Brothers Harriman, Calyon Bank, Citibank, Commerzbank Aktiengesellschoft, Deutsche Bank Trust Co., Dresdner Kleinwort Wasserstein Services LLC / Dresdner Bank AG, Fortis Bank, Habib Bank, Harris Bank International, HSBC, HSBC USA Bank NA, HSH Nordbank, ICICI Bank, JPMorgan Chase Bank, Kleinwert Benson, Korea Development Bank, Lloyd's TBS Bank, Nordea Bank, Royal Bank of Canada, Royal Bank of Scotland, , Standard Chartered Bank, The Bank of New York, United Overseas Bank, Wachovia Bank, and/or Woori Bank together with any such ASSETS as may be held by any other garnishee(s) on whom a copy of this Order of Attachment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable _____, United States District Judge of said Court, this ___ day of March, 2007, and of our Independence the two hundred and thirty-first.

            Clerk

            By:_____
              Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

NYDOCS1/278950.1