LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI'
MICHAEL FERNANDEZ
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*'
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE'
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ'°
DANIEL J. FITZGERALD*▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
' ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07



October 29, 2007

**VIA FACSIMILE (212) 805-7925**
Hon. Robert W. Sweet
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312

So ordered
Sweet
USDJ
10.29.07

Our Ref: 53-07/MEU

Re:    Yog Shipping Ltd. v. Getax Ocean Trades Pte. Ltd.
       Index No: 07 Civ. 767 (RWS)

Dear Judge Sweet:

We represent Plaintiff Chellaram Shipping in the referenced matter. In response to a request from Chambers, we write to advise that the arbitration in this matter is proceeding in Singapore. Chellaram Shipping this week will be serving its Points of Claim. Thereafter, Defendant Getax Ocean Trades Pte Ltd will have approximately thirty (30) days to serve its Points of Defense. We are advised by Singapore attorneys that the arbitration hopefully will be concluded within the year.

Pursuant to the Rule B attachment action authorized by this Court, funds totaling approximately $298,000 belonging to Defendant Getax Ocean Trade have been restrained at various New York banks. Given the funds are to be held as security for the Singapore arbitration, we respectfully suggest that Your Honor place this matter on the suspense calendar pending completion of the arbitration proceedings or until such other time as further judicial intervention may be necessary.

NYDOCS1/292727.1

Hon. Robert W. Sweet
October 29, 2007
Page 2

We thank the Court for its courtesy and attention.

                                                Respectfully submitted,
                                                FREEHILL HOGAN & MAHAR LLP

                                                Michael E. Unger

MEU/mc

NYDOCS1/292727.1

                            FREEHILL, HOGAN & MAHAR LLP